IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01425-AP

CHRIS M. TAYLOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 730 N. Weber, #101 | |
| Colorado Springs, CO 80903 | Kevin T. Traskos |
| (719) 633-5211 | Deputy Civil Chief |
| Fnewall@qwestoffice.net | United States Attorney's Office |
| | District of Colorado |
| | |
| | William G. Pharo |
| | United States Attorney Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: June 1, 2011

    B. Date Complaint was served on U.S. Attorney's Office: July 11, 2011

    C. Date Answer and Administrative Record were filed: September 8, 2011

4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

    The parties do not intend to submit additional evidence.

6.  STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully requests the following briefing schedule

    A. Plaintiff's opening brief due: **November 7, 2011**

    B. Defendant's response brief due: **December 7, 2011**

    C.  Plaintiff's reply brief (if any) due: **December 22, 2011**

9.    STATEMENTS REGARDING ORAL ARGUMENT

    The parties do not request oral argument.

10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    The parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11.    OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of September, 2011.

    BY THE COURT:

    *s/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Frederick W. Newall
Frederick W. Newall      John F. Walsh
Attorney for Plaintiff      United States Attorney
730 N. Weber, #101
Colorado Springs, CO 80903      Kevin T. Traskos
(719) 633-5211      Deputy Civil Chief
Fnewall@qwestoffice.net      United States Attorney's Office
     District of Colorado

>William G. Pharo
>United States Attorney Office
>District of Colorado
>
>/s/ Michael S. Howard
>Michael S. Howard
>Special Assistant United States Attorney
>Office of the General Counsel
>Social Security Administration
>1001 17th St.
>Denver, Colorado 80202
>(303) 844-7192
>Michael.howard@ssa.gov
>
>Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2011, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

Fnewall@qwestoffice.net
usa-co-civil_ecf@usdoj.gov

>/s/ Michael S. Howard
>Office of the General Counsel
>Social Security Administration